UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRANDON M. HICKS, | Case No. 3:15-cv-00215-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner has filed a belated motion for enlargement of time. (Dkt. no. 19.) Petitioner does not explain why he did not file this request before the expiration of the time to file and serve a response, which, as the Court explained in its order of October 20, 2015, is governed by LR 7-2. Nonetheless, the Court will give petitioner additional time to file a response.

Petitioner has filed a motion for reconsideration of the Court's denial of petitioner's motion for appointment of counsel. (Dkt. no. 20.) Nothing in the motion would cause the Court to depart from its earlier ruling.

It is therefore ordered that petitioner's motion for enlargement of time (dkt. no. 19) is granted. Petitioner will have through February 3, 2016, to file and serve a response to respondents' motion to dismiss (dkt. no. 15).

It is further ordered that petitioner's motion for reconsideration (dkt. no. 20) is denied.

DATED THIS 8th day of December 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE