UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRANDON M. HICKS,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00215-MMD-WGC<br><br>ORDER |

Petitioner having filed a motion for enlargement of time (first request) (ECF No. 27), and good cause appearing, it is therefore ordered that petitioner's motion for enlargement of time (first request) (ECF No. 27) is granted. Petitioner will have through October 24, 2016, to file and serve a motion to stay proceedings

DATED THIS 7th day of September 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE