UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. HICKS, | Case No. 3:15-cv-00215-MMD-WGC |
| Petitioner, | |
| v. | ORDER |
| RENEE BAKER, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's letter (ECF No. 33), seeking a status check as to the disposition of the pending motion to stay pursuant to Local Rule IA 7-1(a). The Court disposes of pending matters in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions and matters submitted before February 28, 2017, and will be moving through them chronologically. The motion to stay (ECF No. 29) does not fall within the category that requires expedited disposition and will therefore be decided in the order of pending matters in civil cases.

DATED THIS 13th day of July 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE