UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. HICKS,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.,*<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00215-MMD-WGC<br><br>ORDER |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 36), and good cause appearing, it is therefore ordered that respondents' motion for enlargement of time (first request) (ECF No. 36) is granted.

DATED THIS 1st day of December 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE