# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. HICKS,<br><br>　　　　　　　Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:15-cv-00215-MMD-WGC<br><br>ORDER |

Petitioner having filed a motion for enlargement of time (first request) (ECF No. 44), and good cause appearing, it is therefore ordered that petitioner's motion for enlargement of time (first request) (ECF No. 44) is granted. Petitioner will have through February 28, 2018, to file and serve a reply to the answer (ECF No. 37).

DATED THIS 29th day of December 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE