# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. HICKS,<br><br>                    Petitioner,<br>v.<br><br>RENEE BAKER, *et al.,*<br><br>                    Respondents. | Case No. 3:15-cv-00215-MMD-WGC<br><br>ORDER |

Petitioner having filed a motion for enlargement of time (second request) (ECF No. 47), and good cause appearing, it is therefore ordered that petitioner's motion for enlargement of time (second request) (ECF No. 47) is granted. Petitioner will have through April 16, 2018, to file and serve a reply to the answer (ECF No. 37).

DATED THIS 5th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE