# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. HICKS,<br><br>　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.,*<br><br>　　　　　　Respondents. | Case No. 3:15-cv-00215-MMD-WGC<br><br>ORDER |

Petitioner having filed a motion for enlargement of time (third request) (ECF No. 50), and good cause appearing, it is therefore ordered that petitioner's motion for enlargement of time (third request) (ECF No. 50) is granted. Petitioner will have through June 15, 2018, to file and serve a reply to the answer (ECF No. 37). Absent extraordinary circumstances, the Court will not grant any further enlargements.

DATED THIS 4th day of April 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE