# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRANDON M. HICKS,<br><br>                Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:15-cv-00215-MMD-WGC<br><br>ORDER |

Petitioner has filed a motion to reconsider a motion for appointment of counsel (second request) (ECF No. 39) and a motion to amend motion to reconsider motion for appointment of counsel (ECF No. 41). Nothing in these motions cause the Court to depart from its earlier denial ruling.

Petitioner also has filed an application to proceed *in forma pauperis* (ECF No. 40). The application is moot because Petitioner paid the filing fee when he commenced this action.

It is therefore ordered that Petitioner's motion to reconsider a motion for appointment of counsel (second request) (ECF No. 39) is denied.

It is further ordered that Petitioner's motion to amend motion to reconsider motion for appointment of counsel (ECF No. 41) is denied.

It is further ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 40) is denied as moot.

DATED THIS 21st day of September 2018.

                                                        MIRANDA M. DU
                                                        UNITED STATES DISTRICT JUDGE